IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| COLIN BRIESS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:19cv1167 |
| | ) |
| VIDAI CJRT LLC, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

THIS MATTER comes before the Court on the Report and Recommendation of the Magistrate Judge dated December 1, 2020. The parties have filed no objection. On December 15, 2020, Defendant Judith Turner filed *pro se* an objection to the Report and Recommendation on behalf of Defendant VaDai CJRT LLC. But a "corporation may appear in the federal courts only through licensed counsel." Rowland v. Cal. Men's Colony, 506 U.S. 194, 202 (1993). See Reynolds v. Reliable Transmissions, Inc., 2009 WL 3064774, at *1 (E.D. Va. Sept. 21, 2009). Thus, Defendant Turner's objection was not properly before the Court and is not considered.

After reviewing the evidence de novo, the Court has determined the findings of the Magistrate Judge are not clearly

erroneous nor contrary to law. The Report and Recommendation is adopted. It is hereby

ORDERED that Plaintiff's Motion for Default Judgment as to Defendant ViDai CJRT LLC is GRANTED. It is further ORDERED that this case is set for a final pretrial conference on January 21, 2021 at 10:00 AM, to schedule a trial on damages.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
December 18, 2020